**Ronald N. ROMASHKO, Appellant**

v.

**UNITED STATES of America,**
**Appellee.**

No. 07–5393.

United States Court of Appeals,
District of Columbia Circuit.

Sept. 30, 2008.

Rehearing Denied Jan. 8, 2009.

Ronald N. Romashko, Arden, NC, pro se.

Jonathan S. Cohen, Attorney, Richard Lee Parker, Gilbert Steven Rothenberg, Attorney, John A. Nolet, U.S. Department of Justice, Washington, DC, for Appellee.

BEFORE: TATEL, GRIFFITH, and KAVANAUGH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed September 30, 2007, 2007 WL 2908754, be affirmed. It was well-established by the parties' filings in the district court that appellant failed to exhaust his administrative remedies prior to filing his complaint. *See Jones v. Bock,* 549 U.S. 199, 127 S.Ct. 910, 921, 166 L.Ed.2d 798 (2007); *Thompson v. DEA,* 492 F.3d 428, 438 (D.C.Cir.2007).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.